1 | Erika Bailey Drake (SBN 248034)
2 | edrake@drakeanddrake.com
3 | Roger D. Drake (SBN 237834)
4 | rdrake@drakeanddrake.com
  | DRAKE & DRAKE, P.C.
5 | 23679 Calabasas Road, Suite 403
6 | Calabasas, California  91302
7 | Telephone:  818.438.1332
  | Facsimile:  818.854.6899
  | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHAEL TURNER,                    ) Case No.: 2:16-cv-01786-AFM
                                   )
    Plaintiff,                     )
                                   )
v.                                 )
                                   ) ~~[PROPOSED]~~ ORDER
NANCY A. BERRYHILL, Acting,        ) AWARDING EAJA FEES
Commissioner of Social Security,   )
                                   )
    Defendant.                     )
_____)

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) and no costs subject to the terms of the stipulation.

DATED: 2/13/2017

    _____
    ALEXANER F. MACKINNON
    UNITED STATES MAGISTRATE JUDGE

-1-